UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------- x
:
In re                                              :        Chapter 11
:
CHECKOUT HOLDING CORP, *et al.*,      :        Case No. 18-12794 (KG)
:
Debtors.[1]                                     :        (Joint Administration Pending)
:
---------------------------------------------------------- x

**AGENDA FOR FIRST DAY HEARING
AND INDEX OF FIRST DAY PLEADINGS[2]**

A.  <u>Voluntary Petitions</u>:

   1. Checkout Holding Corp.
   2. Catalina Marketing Corporation
   3. Catalina Marketing Procurement, LLC
   4. Catalina Marketing Technology Solutions, Inc.
   5. Catalina Marketing Worldwide, LLC
   6. Cellfire Inc.
   7. Modiv Media, Inc.
   8. PDM Group Holdings Corporation
   9. PDM Holdings Corporation
   10. PDM Intermediate Holdings A Corporation
   11. PDM Intermediate Holdings B Corporation

B.  Declaration of Robert A. Del Genio in Support of the Debtors' Chapter 11 Petitions and First Day Relief [D.I. 14; filed December 12, 2018]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Catalina Marketing Corporation (9007); Catalina Marketing Procurement, LLC (9333); Catalina Marketing Technology Solutions, Inc. (8728); Catalina Marketing Worldwide, LLC (9687); Cellfire Inc. (5599); Checkout Holding Corp. (4651); Modiv Media, Inc. (3507); PDM Group Holdings Corporation (9148); PDM Holdings Corporation (5025); PDM Intermediate Holdings A Corporation (6409); and PDM Intermediate Holdings B Corporation (3278). The Debtors' principal offices are located at 200 Carillon Parkway, St. Petersburg, FL 33716.

[2] All motions and other pleadings referenced herein are available online at the following address: https://cases.primeclerk.com/CatalinaMarketing.

C.  **First Day Motions**:

12. Motion of Debtors Pursuant to Fed. R. Bankr. P. 1015(b) for Entry of Order Directing Joint Administration of Chapter 11 Cases [D.I. 2; filed December 12, 2018]

13. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), 363(c), 364(a), and 503(b)(1) and Fed. R. Bankr. P. 6003 and 6004 for (I) Interim and Final Authority to (A) Continue Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Business Forms and Existing Bank Accounts; and (II) Related Relief [D.I. 3; filed December 12, 2018]

14. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507(a) for Interim and Final Authority to Pay Prepetition Wages, Salaries, Commissions, Employee Benefits, and Other Compensation and Maintain Employee Benefit Programs and to Pay Related Administrative Obligations [D.I. 4; filed December 12, 2018]

15. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 362(d), 363(b), and 503(b) for Interim and Final Authority to Continue their Insurance Policies and Programs, Pay all Obligations with Respect Thereto, and Related Relief [D.I. 5; filed December 12, 2018]

16. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), 507(a), and 541 for Authority to Pay Certain Prepetition Taxes and Fees [D.I. 6; filed December 12, 2018]

17. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Interim and Final Authority to (I) Maintain and Administer Prepetition Customer Programs and (II) Pay and Honor Related Prepetition Obligations [D.I. 7; filed December 12, 2018]

18. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 366 Requesting Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures Providing Adequate Assurance and Resolving Objections by Utility Providers, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service [D.I. 8; filed December 12, 2018]

19. Application of Debtors Pursuant to 11 U.S.C. § 105(a) and 28 U.S.C. § 156(c) for Appointment of Prime Clerk LLC as Claims and Noticing Agent Effective as the Petition Date [to be filed]

20. Motion of Debtors for (I) Authority to (A) Obtain Postpetition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, (E) Modify the Automatic Stay, and (II) Related Relief [to be filed]

21. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 362 for Entry of Interim and Final Orders Establishing Notification Provisions and Approving Restrictions on (A) Certain Transfers of Interests in Debtors and (B) Claims of Certain Worthless Stock Deductions [D.I. 9; filed December 12, 2018]

22. Motion of Debtors Pursuant to 11 U.S.C. §§ 105, 363, and 503 and Fed. R. Bankr. P. 6003 and 6004 for Interim and Final Authority to Pay Prepetition Trade Claims in Ordinary Course of Business [D.I. 10; filed December 12, 2018]

23. Motion of Debtors for Order (I) Scheduling Combined Hearing to Consider (A) Approval of Disclosure Statement, (B) Approval of Solicitation Procedures and Forms of Ballots, and (C) Confirmation of Prepackaged Plan; (II) Establishing an Objection Deadline to Object to Disclosure Statement and Plan; (III) Approving the Form and Manner of Notice of Combined Hearing, Objection Deadline, and Notice of Commencement; (IV) Conditionally Waiving Requirement of Filing Statement of Financial Affairs and Schedules of Assets and Liabilities; (V) Conditionally Waiving Requirements to Convene the Section 341 Meeting of Creditors; and (VI) Granting Related Relief Pursuant to Sections 105(a), 341, 521(a), 1125, 1126, and 1128 of the Bankruptcy Code and Bankruptcy Rules 1007, 2002, 3017, and 3018 [D.I. 13; filed December 12, 2018]

D. Plan-Related Documents:[3]

24. Joint Prepackaged Chapter 11 Plan of Checkout Holding Corp. and its Affiliated Debtors (*Solicitation Version*) [D.I. 11; filed December 12, 2018]

25. Disclosure Statement for Joint Prepackaged Chapter 11 Plan of Checkout Holding Corp. and its Affiliated Debtors (*Solicitation Version*) [D.I. 12; filed December 12, 2018]

---

[3] Copies of these documents have been included herein for the convenience of the Court. These matters will not be going forward at the first day hearing.

RLF1 20415023v.1

Dated: December 12, 2018
Wilmington, Delaware

/s/ *Jason M. Madron*
Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
Brett M. Haywood (No. 6166)
Travis J. Cuomo (No. 6501)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Gary T. Holtzer (*pro hac vice* admission pending)
Ronit J. Berkovich (*pro hac vice* admission pending)
Jessica Liou (*pro hac vice* admission pending)
Kevin Bostel (*pro hac vice* admission pending)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Proposed Attorneys for Debtors
and Debtors in Possession*