**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHECKOUT HOLDING CORP., *et al.*, | ) | Case No. 18-12794 (KG) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Jeremy D. Evans of Jones Day, to represent the DIP lenders and the Ad Hoc First Lien Group, in the above-captioned proceeding and any related adversary proceedings.

Dated: December 12, 2018        */s/ Laura Davis Jones*
                                Laura Davis Jones (Bar No. 2436)
                                Pachulski Stang Ziehl & Jones LLP
                                919 North Market Street, 17th Floor, P.O. Box 8705
                                Wilmington, DE  19899-8705 (Courier 19801)

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York and Florida, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: December 12, 2018        */s/ Jeremy D. Evans*
                                Jeremy D. Evans
                                JONES DAY
                                250 Vesey Street
                                New York, NY  10281
                                Telephone: (212) 326-3939
                                Facsimile:  (212) 755-7306
                                Email:   jdevans@jonesday.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

DOCS_DE:222196.2 68700/001