**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| CHECKOUT HOLDING CORP., *et al*., | Case No. 18-12794 (KG) |
| Debtors. | (Joint Administration Requested) |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that Wilmington Savings Fund Society, FSB, as Second Lien Agent ("WSFS") hereby appears by its counsel, Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") and Bayard, P.A. ("Bayard").  WilmerHale and Bayard hereby request that the undersigned attorneys be added to the official mailing matrix and service lists in these cases. WSFS requests, pursuant to Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code, §§ 101–1532 (as amended, the "Bankruptcy Code"), that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon WSFS through service upon WilmerHale and Bayard, at the addresses, emails, and/or facsimile numbers set forth below:

| | |
|---|---|
| WILMER CUTLER PICKERING HALE and DORR LLP | BAYARD, P.A. |
| | Neil B. Glassman |
| Andrew N. Goldman | GianClaudio Finizio |
| 7 World Trade Center | Daniel N. Brogan |
| 250 Greenwich Street | 600 N. King Street, Suite 400 |
| New York, New York, 10007 | Wilmington, Delaware 19801 |
| Telephone: (212) 230-8800 | Telephone: (302) 655-5000 |
| andrew.goldman@wilmerhale.com | Facsimile: (302) 658-6395 |
| | nglassman@bayardlaw.com |
| -and- | gfinizio@bayardlaw.com |
| | dbrogan@bayardlaw.com |
| Benjamin W. Loveland | |
| 60 State Street | |
| Boston, MA 02109 | |
| Telephone: (617) 526-6000 | |
| Facsimile: (617) 526 5000 | |
| Email: benjamin.loveland@wilmerhale.com | |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, or otherwise filed or made with regard to the above-captioned cases and proceedings arising therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the Committee's: (i) right to have a final order in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is

or may be entitled to under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: December 12, 2018
      Wilmington, Delaware

BAYARD, P.A.

*/s/ Daniel N. Brogan*
Neil B. Glassman (No. 2087)
GianClaudio Finizio (No. 4253)
Daniel N. Brogan (No. 5723)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: nglassman@bayardlaw.com
      gfinizio@bayardlaw.com
      dbrogan@bayardlaw.com

-and-

WILMER CUTLER PICKERING
HALE & DORR, LLP

Andrew N. Goldman
7 World Trade Center
250 Greenwich Street
New York, New York, 10007
Telephone: (212) 230-8000
Facsimile: (212) 230-8888
Email: andrew.goldman@wilmerhale.com

-and-

Benjamin W. Loveland
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526 5000
Email: benjamin.loveland@wilmerhale.com

*Co-Counsel to Wilmington Savings Fund Society, FSB, as Second Lien Agent*