IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
                                                           :
In re                                                      :    Chapter 11
                                                           :
CHECKOUT HOLDING CORP, *et al.*,                           :    Case No. 18-12794 (KG)
                                                           :
        Debtors.[1]                                        :    (Jointly Administered)
                                                           :
                                                           :    **Final Hearing Date:**
                                                           :    **January 11, 2019 at 9:00 a.m.**
                                                           :
                                                           :    **Objection Deadline:**
                                                           :    **January 4, 2019 at 4:00 p.m.**
                                                           :
                                                           :    Re: D.I. 3, 97
                                                           :
---------------------------------------------------------- x

**NOTICE OF (A) ENTRY OF "INTERIM ORDER PURSUANT
TO 11 U.S.C. §§ 105(a), 363(b), 363(c), 364(a), AND 503(b)(1) AND FED. R.
BANKR. P. 6003 AND 6004 (I) AUTHORIZING DEBTORS TO (A) CONTINUE
EXISTING CASH MANAGEMENT SYSTEM, (B) HONOR CERTAIN PREPETITION
OBLIGATIONS RELATED THERETO, AND (C) MAINTAIN BUSINESS FORMS
AND EXISTING BANK ACCOUNTS; AND (II) GRANTING RELATED RELIEF"
AND (B) SCHEDULING OF A FINAL HEARING THEREON**

PLEASE TAKE NOTICE that, on December 12, 2018, Checkout Holding Corp. and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**") filed the **Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), 363(c), 364(a), and 503(b)(1) and Fed. R. Bankr. P. 6003 and 6004 for (I) Interim and Final Authority to (A) Continue Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Business Forms**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Catalina Marketing Corporation (9007); Catalina Marketing Procurement, LLC (9333); Catalina Marketing Technology Solutions, Inc. (8728); Catalina Marketing Worldwide, LLC (9687); Cellfire Inc. (5599); Checkout Holding Corp. (4651); Modiv Media, Inc. (3507); PDM Group Holdings Corporation (9148); PDM Holdings Corporation (5025); PDM Intermediate Holdings A Corporation (6409); and PDM Intermediate Holdings B Corporation (3278). The Debtors' principal offices are located at 200 Carillon Parkway, St. Petersburg, FL 33716.

and Existing Bank Accounts; and (II) Related Relief [D.I. 3] (the "**Cash Management Motion**") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Bankruptcy Court**"). A copy of the Cash Management Motion is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that, following an initial hearing to consider the Cash Management Motion, on December 13, 2018, the Bankruptcy Court entered the **Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), 363(c), 364(a), and 503(b)(1) and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Debtors to (A) Continue Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Business Forms and Existing Bank Accounts; and (II) Granting Related Relief** [D.I. 97] (the "**Interim Cash Management Order**"). A copy of the Interim Cash Management Order is attached hereto as **Exhibit B**.

PLEASE TAKE FURTHER NOTICE that a further hearing with respect to the final relief requested in the Cash Management Motion will be held on **January 11, 2019 starting at 9:00 a.m. (Eastern Standard Time)** before The Honorable Kevin Gross at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that objections or responses to the final relief requested in the Cash Management Motion, if any, must be made in writing, filed with the Bankruptcy Court, and served so as to be received by the undersigned proposed co-counsel to the Debtors on or before **January 4, 2019 at 4:00 p.m. (Eastern Standard Time)**.

RLF1 20441617v.1

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE CASH MANAGEMENT MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE CASH MANAGEMENT MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  December 13, 2018
          Wilmington, Delaware

/s/ *[signature]*

Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
Brett M. Haywood (No. 6166)
Travis J. Cuomo (No. 6501)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile:  (302) 651-7701

- and -

Gary T. Holtzer (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Proposed Attorneys for Debtors
and Debtors in Possession*