IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
:
In re                                                            :   Chapter 11
:
CHECKOUT HOLDING CORP, *et al.*,                                 :   Case No. 18-12794 (KG)
:
Debtors.[1]                                                      :   (Jointly Administered)
:
:   Final Hearing Date:
:   January 11, 2019 at 9:00 a.m.
:
:   Objection Deadline:
:   January 4, 2019 at 4:00 p.m.
:
:   Re: D.I. 30, 106
:
---------------------------------------------------------------- x

**NOTICE OF (A) ENTRY OF "INTERIM ORDER PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364, AND 507 AND BANKRUPTCY RULES 2002, 4001 AND 9014 FOR (I) AUTHORITY TO (A) OBTAIN POST-PETITION SENIOR SECURED FINANCING, (B) USE CASH COLLATERAL, (C) GRANT ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES, (D) GRANT LIENS AND SUPERPRIORITY CLAIMS, AND (E) MODIFY THE AUTOMATIC STAY AND (II) RELATED RELIEF" AND (B) SCHEDULING OF A FINAL HEARING THEREON**

PLEASE TAKE NOTICE that, on December 12, 2018, Checkout Holding Corp. and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**") filed the **Motion of Debtors for (I) Authority to (A) Obtain Postpetition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, (E) Modify the Automatic Stay, and (II) Related Relief** [D.I. 30] (the "**Financing**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Catalina Marketing Corporation (9007); Catalina Marketing Procurement, LLC (9333); Catalina Marketing Technology Solutions, Inc. (8728); Catalina Marketing Worldwide, LLC (9687); Cellfire Inc. (5599); Checkout Holding Corp. (4651); Modiv Media, Inc. (3507); PDM Group Holdings Corporation (9148); PDM Holdings Corporation (5025); PDM Intermediate Holdings A Corporation (6409); and PDM Intermediate Holdings B Corporation (3278). The Debtors' principal offices are located at 200 Carillon Parkway, St. Petersburg, FL 33716.

**Motion"**) with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Bankruptcy Court**"). Pursuant to the Financing Motion, the Debtors requested entry of interim and final orders (i) authorizing the Debtors to (a) enter into that certain *Senior Secured Super-Priority Debtor-in-Possession Credit Agreement* to obtain postpetition financing, including with respect to an interim borrowing of up to $60 million, and (b) use Cash Collateral (as such term is defined in 11 U.S.C. § 363(a)); (ii) granting adequate protection to prepetition secured lenders as provided herein; (iii) granting liens and superpriority claims as provided herein; (iv) modifying the automatic stay; (v) scheduling a hearing to consider the relief requested herein on a final basis; and (vi) granting related relief. A copy of the Financing Motion is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that, following an initial hearing to consider the Financing Motion, on December 13, 2018, the Bankruptcy Court entered the **Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 and Bankruptcy Rules 2002, 4001 and 9014 For (I) Authority to (A) Obtain Post-Petition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, and (E) Modify the Automatic Stay and (II) Related Relief** [D.I. 106] (the "**Interim DIP Financing Order**"). A copy of the Interim DIP Financing Order is attached hereto as **Exhibit B**.

PLEASE TAKE FURTHER NOTICE that a further hearing with respect to the final relief requested in the Financing Motion will be held on **January 11, 2019 starting at 9:00 a.m. (Eastern Standard Time)** (the "**Final Hearing**") before The Honorable Kevin Gross at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

RLF1 20444756v.1

PLEASE TAKE FURTHER NOTICE that objections or responses to the final relief requested in the Financing Motion, if any, must be made in writing, filed with the Bankruptcy Court, and served so as to be received by (i) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 North King Street, Suite 2207, Wilmington, DE 19801 (Attention: Benjamin A. Hackman, Esq.), (ii) proposed counsel for the Debtors, Weil, Gotshal & Manges, 767 5th Ave, New York, NY 10153; Attn: Gary T. Holtzer, Esq., Ronit J. Berkovich, Esq., and Jessica Liou, Esq.; Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801; Attn: Mark D. Collins, Esq., and Jason M. Madron, Esq.; (iii) counsel for the DIP Agent and the Prepetition First Lien Agent, Davis Polk & Wardwell LLP, 450 Lexington Ave, New York, NY 10017; Attn: Brian M. Resnick, Esq.; (iv) counsel for the DIP Lenders and Prepetition First Lien Lenders, Jones Day, 250 Vesey Street, New York, NY 10281; Attn: Scott Greenberg, Esq., Michael J. Cohen, Esq.; (v) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019 (Attn: Brian S. Hermann, Esq., and Robert A. Britton, Esq.), and Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware, 19801 (Attn: Pauline K. Morgan, Esq.), as counsel to that certain ad hoc group of Prepetition Second Lien Lenders; (vi) counsel for any official committee of unsecured creditors appointed in the Debtors' chapter 11 cases; and (vii) any other party entitled to notice pursuant to rule 9013-1(m) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware on or before **January 4, 2019 at 4:00 p.m. (Eastern Standard Time).**

**PLEASE TAKE FURTHER NOTICE that, at the Final Hearing, the Debtors will seek entry of a Final Order[2] which will include a waiver of rights under 11 U.S.C. §**

---

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to such terms in the Interim DIP Financing Order.

506(c). 11 U.S.C. § 506(c) provides that a trustee or debtor may "recover from property securing an allowed secured claim the reasonable, necessary costs and expenses of preserving, or disposing of, such property to the extent of any benefit to the holder of such claim." As requested in the Financing Motion, the Final Order will also grant liens on Avoidance Actions.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE FINANCING MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE FINANCING MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 13, 2018
Wilmington, Delaware

/s/ [signature]

Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
Brett M. Haywood (No. 6166)
Travis J. Cuomo (No. 6501)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Gary T. Holtzer (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Proposed Attorneys for Debtors
and Debtors in Possession*