IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
                                                        :
In re                                                   :      Chapter 11
                                                        :
CHECKOUT HOLDING CORP, et al.,                          :      Case No. 18-12794 (KG)
                                                        :
        Debtors.¹                                       :      (Jointly Administered)
                                                        :
                                                        :      Final Hearing Date:
                                                        :      January 11, 2019 at 9:00 a.m.
                                                        :
                                                        :      Objection Deadline:
                                                        :      January 4, 2019 at 4:00 p.m.
                                                        :
                                                        :      Re: D.I. 9, 128
                                                        :
------------------------------------------------------- x
```

### NOTICE OF (A) ENTRY OF "INTERIM ORDER ESTABLISHING NOTIFICATION PROCEDURES AND APPROVING RESTRICTIONS ON (A) CERTAIN TRANSFERS OF INTERESTS IN THE DEBTORS AND (B) CLAIMS OF CERTAIN WORTHLESS STOCK DEDUCTIONS" AND (B) SCHEDULING OF A FINAL HEARING THEREON

PLEASE TAKE NOTICE that, on December 12, 2018, Checkout Holding Corp. and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**") filed the **Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 362 for Entry of Interim and Final Orders Establishing Notification Provisions and Approving Restrictions on (A) Certain Transfers of Interests in Debtors and (B) Claims of Certain Worthless Stock Deductions** [D.I. 9] (the "**Equity Transfer Restriction Motion**") with the United States Bankruptcy Court for the District of Delaware, 824 North

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Catalina Marketing Corporation (9007); Catalina Marketing Procurement, LLC (9333); Catalina Marketing Technology Solutions, Inc. (8728); Catalina Marketing Worldwide, LLC (9687); Cellfire Inc. (5599); Checkout Holding Corp. (4651); Modiv Media, Inc. (3507); PDM Group Holdings Corporation (9148); PDM Holdings Corporation (5025); PDM Intermediate Holdings A Corporation (6409); and PDM Intermediate Holdings B Corporation (3278). The Debtors' principal offices are located at 200 Carillon Parkway, St. Petersburg, FL 33716.

Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Bankruptcy Court**"). A copy of the Equity Transfer Restriction Motion is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that, following an initial hearing to consider the Equity Transfer Restriction Motion, on December 17, 2018, the Bankruptcy Court entered the **Interim Order Establishing Notification Procedures and Approving Restrictions on (A) Certain Transfers of Interests in the Debtors and (B) Claims of Certain Worthless Stock Deductions** [D.I. 128] (the "**Interim Equity Transfer Restriction Order**"). A copy of the Interim Equity Transfer Restriction Order is attached hereto as **Exhibit B**.

PLEASE TAKE FURTHER NOTICE that a further hearing with respect to the final relief requested in the Equity Transfer Restriction Motion will be held on **January 11, 2019 starting at 9:00 a.m. (Eastern Standard Time)** before The Honorable Kevin Gross at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that objections or responses to the final relief requested in the Equity Transfer Restriction Motion, if any, must be made in writing, filed with the Bankruptcy Court, and served so as to be received by the undersigned proposed co-counsel to the Debtors on or before **January 4, 2019 at 4:00 p.m. (Eastern Standard Time).**

*[Remainder of page intentionally left blank.]*

RLF1 20441887v.1

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE EQUITY TRANSFER RESTRICTION MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE EQUITY TRANSFER RESTRICTION MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:   December 17, 2018
         Wilmington, Delaware

        Mark D. Collins (No. 2981)
        Jason M. Madron (No. 4431)
        Brett M. Haywood (No. 6166)
        Travis J. Cuomo (No. 6501)
        **RICHARDS, LAYTON & FINGER, P.A.**
        One Rodney Square
        920 North King Street
        Wilmington, Delaware 19801
        Telephone: (302) 651-7700
        Facsimile:  (302) 651-7701

        - and -

        Gary T. Holtzer (admitted *pro hac vice*)
        Ronit J. Berkovich (admitted *pro hac vice*)
        Jessica Liou (admitted *pro hac vice*)
        Kevin Bostel (admitted *pro hac vice*)
        **WEIL, GOTSHAL & MANGES LLP**
        767 Fifth Avenue
        New York, New York 10153
        Telephone:  (212) 310-8000
        Facsimile:   (212) 310-8007

        *Proposed Attorneys for Debtors*
        *and Debtors in Possession*

3