IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHECKOUT HOLDING CORP., *et al.*,<br><br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-12794 (KG)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned chapter 11 proceedings as counsel on behalf of The Kroger Co. ("Kroger") and requests that all notices given or required to be given in these cases, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone or otherwise, which affect Kroger or these chapter 11 bankruptcy cases to be served upon:

> A.J. Webb
> Ohio Bar No. 0093655
> **Frost Brown Todd LLC**
> 3300 Great American Tower
> 301 East Fourth Street
> Cincinnati, OH 45202
> 513-651-6800 Telephone
> 513-651-6981 Facsimile
> E-mail awebb@fbtlaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Catalina Marketing Corporation (9007); Catalina Marketing Procurement, LLC (9333); Catalina Marketing Technology Solutions, Inc. (8728); Catalina Marketing Worldwide, LLC (9687); CellFire Inc. (5599); Checkout Holding Corp. (4651); Modiv Media, Inc. (3507); PDM Group Holdings Corporation; PDM Holdings Corporation; PDM Intermediate Holdings A Corporation; and PDM Intermediate Holdings B Corporation. The Debtors' principal offices are located at 200 Carillon Parkway, St. Petersburg, FL 33716.

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over Kroger, specifically but not limited to (i) its right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) its right to a trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto, (iii) its right to have the reference withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Kroger is or may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Kroger expressly reserves.

Date:   December 19, 2018                           Respectfully submitted,

**FROST BROWN TODD LLC**

By:   */s/ A.J. Webb*
A.J. Webb, Esq.
Ohio Bar No. 0093655
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio  45202
513-651-6800  Telephone
513-651-6981  Facsimile
E-mail awebb@fbtlaw.com

**COUNSEL FOR THE KROGER CO.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of December, 2018, a true and correct copy of the foregoing *Notice of Appearance and Request for Notices* was sent via ECF Noticing to all parties receiving ECF Notices in these chapter 11 cases.

                                                    */s/ A.J. Webb*
                                                    A.J. Webb