IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
                                                                 :
In re                                                            :   Chapter 11
                                                                 :
CHECKOUT HOLDING CORP, *et al.*,                                 :   Case No. 18-12794 (KG)
                                                                 :
           Debtors.[1]                                                                 :   Jointly Administered
                                                                 :
---------------------------------------------------------------- x

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 11, 2019 AT 9:00 A.M. (EST)[3]

> *AS NO MATTERS REMAIN SCHEDULED TO GO FORWARD,*
> *THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

### I.   CONTINUED MATTERS:

1.   Motion of Debtors for Entry of an Order Authorizing the Filing Under Seal of the Proposed Debtor-in-Possession Financing Fee Letter [D.I. 95; filed December 13, 2018]

    Response/Objection Deadline:    January 4, 2019 at 4:00 p.m. (EST); extended to January 9, 2019 at 10:00 a.m. (EST) for the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") only

    Responses/Objections Received:

    A.    Informal comment from the Office of the United States Trustee

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Catalina Marketing Corporation (9007); Catalina Marketing Procurement, LLC (9333); Catalina Marketing Technology Solutions, Inc. (8728); Catalina Marketing Worldwide, LLC (9687); Cellfire Inc. (5599); Checkout Holding Corp. (4651); Modiv Media, Inc. (3507); PDM Group Holdings Corporation (9148); PDM Holdings Corporation (5025); PDM Intermediate Holdings A Corporation (6409); and PDM Intermediate Holdings B Corporation (3278). The Debtors' principal offices are located at 200 Carillon Parkway, St. Petersburg, FL 33716.

[2] **Amended items appear in bold.**

[3] The January 11, 2019 hearing **was scheduled to** be held before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801 beginning at 9:00 a.m. (EST).

Related Documents:

i. Notice of Filing Confidential Debtor-in-Possession Financing Fee Letter Under Seal (SEALED) [D.I. 93; filed December 13, 2018]

ii. Notice of Filing Confidential Debtor-in-Possession Financing Fee Letter Under Seal (REDACTED) [D.I. 94; filed December 13, 2018]

Status: The Debtors have resolved the informal comments received from the U.S. Trustee in connection with this matter. The hearing on this matter has been continued to the hearing scheduled for January 17, 2019 starting at 11:00 a.m. (EST).

2. Motion of Debtors for (I) Authority to (A) Obtain Postpetition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, (E) Modify the Automatic Stay, and (II) Related Relief [D.I. 30; filed December 12, 2018]

Response/Objection Deadline:      January 4, 2019 at 4:00 p.m. (EST)

Responses/Objections Received:

A. Objection by the Nielsen Company (US) LLC and NC Ventures, LLC to Motion of Debtors for (I) Authority to (A) Obtain Postpetition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, (E) Modify the Automatic Stay, and (II) Related Relief [D.I. 159; filed January 4, 2019]

Related Documents:

i. Notice of Filing of 13 Week Budget in Connection with "Motion of Debtors for (I) Authority to (A) Obtain Postpetition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, (E) Modify the Automatic Stay, and (II) Related Relief" [D.I. 30] [D.I. 76; filed December 12, 2018]

ii. Amended Notice of Filing of Approved Budget in Connection with "Motion of Debtors for (I) Authority to (A) Obtain Postpetition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, (E) Modify the Automatic Stay, and (II) Related Relief" [D.I. 30] [D.I. 92; filed December 13, 2018]

iii. Notice of Filing Confidential Debtor-in-Possession Financing Fee Letter Under Seal (SEALED) [D.I. 93; filed December 13, 2018]

iv. Notice of Filing Confidential Debtor-in-Possession Financing Fee Letter Under Seal (REDACTED) [D.I. 94; filed December 13, 2018]

v. Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 and Bankruptcy Rules 2002, 4001 and 9014 for (I) Authority to (A) Obtain Post-Petition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, and (E) Modify the Automatic Stay, and (II) Related Relief [D.I. 106; filed December 13, 2018]

vi. Notice of (A) Entry of "Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 and Bankruptcy Rules 2002, 4001 and 9014 for (I) Authority to (A) Obtain Post-Petition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, and (E) Modify the Automatic Stay, and (II) Related Relief" and (B) Scheduling of a Final Hearing Thereon [D.I. 120; filed December 13, 2018]

vii. Notice of Filing of Execution Version of Credit Agreement in Connection with "Motion of Debtors for (I) Authority to (A) Obtain Postpetition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, (E) Modify the Automatic Stay, and (II) Related Relief" [D.I. 30] [D.I. 132; filed December 17, 2018]

viii. Re-Notice of Final Hearing on Connection with "Motion of Debtors for (I) Authority to (A) Obtain Postpetition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, (E) Modify the Automatic Stay, and (II) Related Relief" D.I. 30] [D.I. 163; filed January 7, 2019]

Status: The hearing on this matter has been continued to the hearing scheduled for January 17, 2019 starting at 11:00 a.m. (ET).

II. **UNCONTESTED MATTERS WITH A CERTIFICATION OF NO OBJECTION/CERTIFICATION OF COUNSEL:**

3. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), 363(c), 364(a), and 503(b)(1) and Fed. R. Bankr. P. 6003 and 6004 for (I) Interim and Final Authority to (A) Continue Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Business Forms and Existing Bank Accounts; and (II) Related Relief [D.I. 3; filed December 12, 2018]

Response/Objection Deadline:       January 4, 2019 at 4:00 p.m. (EST)

Responses/Objections Received:     None

Related Documents:

i. Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), 363(c), 364(a), and 503(b)(1) and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Debtors to (A) Continue Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Business Forms and Existing Bank Accounts; and (II) Granting Related Relief [D.I. 97; filed December 13, 2018]

ii. Notice of (A) Entry of "Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), 363(c), 364(a), and 503(b)(1) and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Debtors to (A) Continue Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Business Forms and Existing Bank Accounts; and (II) Granting Related Relief" and (B) Scheduling of a Final Hearing Thereon [D.I. 113; filed December 13, 2018]

iii. Certification of No Objection Regarding "Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), 363(c), 364(a), and 503(b)(1) and Fed. R. Bankr. P. 6003 and 6004 for (I) Interim and Final Authority to (A) Continue Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Business Forms and Existing Bank Accounts; and (II) Related Relief" [D.I. 3] [D.I. 165; filed January 9, 2019]

iv. **Final Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), 363(c), 364(a), and 503(b)(1) and Fed. R. Bankr. P. 6003 and 6004 (I) Authorizing Debtors to (A) Continue Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Business Forms and Existing Bank Accounts; and (II) Granting Related Relief [D.I. 184; filed January 10, 2019]**

Status: **On January 10, 2019, the Court entered an order granting the Debtors the final relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

4. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507(a) for Interim and Final Authority to Pay Prepetition Wages, Salaries, Commissions, Employee Benefits, and Other Compensation and Maintain Employee Benefit Programs and to Pay Related Administrative Obligations [D.I. 4; filed December 12, 2018]

Response/Objection Deadline:     January 4, 2019 at 4:00 p.m. (EST)

Responses/Objections Received:   None

4

Related Documents:

i. Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507(a) Authorizing Debtors to Pay Prepetition Wages, Salaries, Commissions, Employee Benefits, and Other Compensation and Maintain Employee Benefit Programs and to Pay Related Administrative Obligations [D.I. 101; filed December 13, 2018]

ii. Notice of (A) Entry of "Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507(a) Authorizing Debtors to Pay Prepetition Wages, Salaries, Commissions, Employee Benefits, and Other Compensation and Maintain Employee Benefit Programs and to Pay Related Administrative Obligations" and (B) Scheduling of a Final Hearing Thereon [D.I. 114; filed December 13, 2018]

iii. Supplement to the Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507(a) for Interim and Final Authority to Pay Prepetition Wages, Salaries, Commissions, Employee Benefits, and Other Compensation and Maintain Employee Benefit Programs and to Pay Related Administrative Obligations [D.I. 138; filed December 21, 2018]

iv. Second Supplement to the Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507(a) for Interim and Final Authority to Pay Prepetition Wages, Salaries, Commissions, Employee Benefits, and Other Compensation and Maintain Employee Benefit Programs and to Pay Related Administrative Obligations [D.I. 158; filed January 3, 2019]

v. Certification of No Objection Regarding "Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507(a) for Interim and Final Authority to Pay Prepetition Wages, Salaries, Commissions, Employee Benefits, and Other Compensation and Maintain Employee Benefit Programs and to Pay Related Administrative Obligations" [D.I. 4] [D.I. 166; filed January 9, 2019]

vi. **Final Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507(a) Authorizing Debtors to Pay Prepetition Wages, Salaries, Commissions, Employee Benefits, and Other Compensation and Maintain Employee Benefit Programs and to Pay Related Administrative Obligations [D.I. 187; filed January 10, 2019]**

Status: **On January 10, 2019, the Court entered an order granting the Debtors the final relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

5. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 362(d), 363(b), and 503(b) for Interim and Final Authority to Continue their Insurance Policies and Programs, Pay all Obligations with Respect Thereto, and Related Relief [D.I. 5; filed December 12, 2018]

5

Response/Objection Deadline:   January 4, 2019 at 4:00 p.m. (EST)

Responses/Objections Received:   None

Related Documents:

i. Interim Order Pursuant to 11 U.S.C. §§ 105(a), 362(d), 363(b), and 503(b) Authorizing Debtors to Continue their Insurance Policies and Programs, Pay all Obligations with Respect Thereto, and Granting Related Relief [D.I. 102; filed December 13, 2018]

ii. Notice of (A) Entry of "Interim Order Pursuant to 11 U.S.C. §§ 105(a), 362(d), 363(b), and 503(b) Authorizing Debtors to Continue their Insurance Policies and Programs, Pay all Obligations with Respect Thereto, and Granting Related Relief" and (B) Scheduling of a Final Hearing Thereon [D.I. 115; filed December 13, 2018]

iii. Certification of No Objection Regarding "Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 362(d), 363(b), and 503(b) for Interim and Final Authority to Continue their Insurance Policies and Programs, Pay all Obligations with Respect Thereto, and Related Relief" [D.I. 5] [D.I. 167; filed January 9, 2019]

iv. **Final Order Pursuant to 11 U.S.C. §§ 105(a), 362(d), 363(b), and 503(b) Authorizing Debtors to Continue their Insurance Policies and Programs, Pay all Obligations with Respect Thereto, and Related Relief [D.I. 189; filed January 10, 2019]**

Status: **On January 10, 2019, the Court entered an order granting the Debtors the final relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

6. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), 507(a), and 541 for Authority to Pay Certain Prepetition Taxes and Fees [D.I. 6; filed December 12, 2018]

   Response/Objection Deadline:   January 4, 2019 at 4:00 p.m. (EST)

   Responses/Objections Received:   None

   Related Documents:

   i. Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), 507(a), and 541 Authorizing Debtors to Pay Certain Prepetition Taxes and Fees [D.I. 104; filed December 13, 2018]

   ii. Notice of (A) Entry of "Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), 507(a), and 541 Authorizing Debtors to Pay Certain Prepetition Taxes

and Fees" and (B) Scheduling of a Final Hearing Thereon [D.I. 116; filed December 13, 2018]

    iii. Certification of No Objection Regarding "Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), 507(a), and 541 for Authority to Pay Certain Prepetition Taxes and Fees" [D.I. 6] [D.I. 168; filed January 9, 2019]

    iv. **Final Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), 507(a), and 541 Authorizing Debtors to Pay Certain Prepetition Taxes and Fees [D.I. 192; filed January 10, 2019]**

    Status: **On January 10, 2019, the Court entered an order granting the Debtors the final relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

7. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Interim and Final Authority to (I) Maintain and Administer Prepetition Customer Programs and (II) Pay and Honor Related Prepetition Obligations [D.I. 7; filed December 12, 2018]

    Response/Objection Deadline:    January 4, 2019 at 4:00 p.m. (EST)

    Responses/Objections Received:    None

    Related Documents:

    i. Interim Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Interim Authority to (I) Maintain and Administer Prepetition Customer Programs and (II) Pay and Honor Related Prepetition Obligations [D.I. 105; filed December 13, 2018]

    ii. Notice of (A) Entry of "Interim Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Interim Authority to (I) Maintain and Administer Prepetition Customer Programs and (II) Pay and Honor Related Prepetition Obligations" and (B) Scheduling of a Final Hearing Thereon [D.I. 117; filed December 13, 2018]

    iii. Certification of No Objection Regarding "Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Interim and Final Authority to (I) Maintain and Administer Prepetition Customer Programs and (II) Pay and Honor Related Prepetition Obligations" [D.I. 7] [D.I. 169; filed January 9, 2019]

    iv. **Final Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Final Authority to (I) Maintain and Administer Prepetition Customer Programs and (II) Pay and Honor Related Prepetition Obligations [D.I. 185; filed January 10, 2019]**

RLF1 20625580v.1

Status: **On January 10, 2019, the Court entered an order granting the Debtors the final relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

8. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 366 Requesting Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures Providing Adequate Assurance and Resolving Objections by Utility Providers, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service [D.I. 8; filed December 12, 2018]

   Response/Objection Deadline:    January 4, 2019 at 4:00 p.m. (EST)

   Responses/Objections Received:    None

   Related Documents:

   i. Interim Order Pursuant to 11 U.S.C. §§ 105(a) and 366 (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures Providing Adequate Assurance and Resolving Objections by Utility Providers, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service [D.I. 98; filed December 13, 2018]

   ii. Notice of (A) Entry of "Interim Order Pursuant to 11 U.S.C. §§ 105(a) and 366 (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures Providing Adequate Assurance and Resolving Objections by Utility Providers, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service" and (B) Scheduling of a Final Hearing Thereon [D.I. 118; filed December 13, 2018]

   iii. Certification of No Objection Regarding "Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 366 Requesting Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures Providing Adequate Assurance and Resolving Objections by Utility Providers, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service" [D.I. 8] [D.I. 170; filed January 9, 2019]

   iv. **Final Order Pursuant to 11 U.S.C. §§ 105(a) and 366 (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures Providing Adequate Assurance and Resolving Objections by Utility Providers, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service [D.I. 186; filed January 10, 2019]**

Status: **On January 10, 2019, the Court entered an order granting the Debtors the final relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

9. Motion of Debtors Pursuant to 11 U.S.C. §§ 105, 363, and 503 and Fed. R. Bankr. P. 6003 and 6004 for Interim and Final Authority to Pay Prepetition Trade Claims in Ordinary Course of Business [D.I. 10; filed December 12, 2018]

   Response/Objection Deadline:       January 4, 2019 at 4:00 p.m. (EST)

   Responses/Objections Received:     None

   Related Documents:

   i.   Interim Order Pursuant to 11 U.S.C. §§ 105, 363, and 503 and Fed. R. Bankr. P. 6004 Authorizing Debtors to Pay Prepetition Trade Claims in Ordinary Course of Business [D.I. 100; filed December 13, 2018]

   ii.  Notice of (A) Entry of "Interim Order Pursuant to 11 U.S.C. §§ 105, 363, and 503 and Fed. R. Bankr. P. 6003 and 6004 Authorizing Debtors to Pay Prepetition Trade Claims in Ordinary Course of Business" and (B) Scheduling of a Final Hearing Thereon [D.I. 119; filed December 13, 2018]

   iii. Certification of No Objection Regarding "Motion of Debtors Pursuant to 11 U.S.C. §§ 105, 363, and 503 and Fed. R. Bankr. P. 6003 and 6004 for Interim and Final Authority to Pay Prepetition Trade Claims in Ordinary Course of Business" [D.I. 10] [D.I. 176; filed January 9, 2019]

   iv.  **Final Order Pursuant to 11 U.S.C. §§ 105, 363, and 503 and Fed. R. Bankr. P. 6004 Authorizing Debtors to Pay Prepetition Trade Claims in Ordinary Course of Business [D.I. 188; filed January 10, 2019]**

   Status: **On January 10, 2019, the Court entered an order granting the Debtors the final relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

10. Application of Debtors for Entry of an Order Authorizing the Employment and Retention of Richards, Layton & Finger, P.A. as Co-Counsel to the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 143; filed December 21, 2018]

    Response/Objection Deadline:      January 4, 2019 at 4:00 p.m. (EST); extended to January 9, 2019 at 10:00 a.m. (EST) for the U.S. Trustee only

Responses/Objections Received:

A. Informal comment from the Office of the United States Trustee

Related Documents:

i. Certification of Counsel Concerning Order Authorizing the Employment and Retention of Richards, Layton & Finger, P.A. as Co-Counsel to the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 172; filed January 9, 2019]

ii. **Order Authorizing the Employment and Retention of Richards, Layton & Finger, P.A. as Co-Counsel to the Debtors, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 190; filed January 10, 2019]**

Status: **On January 10, 2019, the Court entered an order granting the Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

11. Motion of Debtors for Entry of Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief [D.I. 144; filed December 21, 2018]

    Response/Objection Deadline:  January 4, 2019 at 4:00 p.m. (EST)

    Responses/Objections Received:  None

    Related Documents:

    i. Certification of No Objection Regarding "Motion Debtors for Entry of Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief" [D.I. 144] [D.I. 171; filed January 9, 2019]

    ii. **Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief [D.I. 191; filed January 10, 2019]**

    Status: **On January 10, 2019, the Court entered an order granting the Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

12. Application of Debtors for Authorization to Retain and Employ FTI Consulting, Inc. as Financial Advisor for Debtors *Nunc Pro Tunc* to the Petition Date [D.I. 147; filed December 21, 2018]

    Response/Objection Deadline:  January 4, 2019 at 4:00 p.m. (EST); extended to January 9, 2019 at 10:00 a.m. (EST) for the U.S. Trustee only

10

Responses/Objections Received:

A. Informal comment from the U.S. Trustee

Related Documents:

i. Certification of Counsel Concerning Order Authorizing Debtors for Authorization to Retain and Employ FTI Consulting, Inc. as Financial Advisor for Debtors *Nunc Pro Tunc* to the Petition Date [D.I. 173; filed January 9, 2019]

ii. **Order Authorizing Debtors to Retain and Employ FTI Consulting, Inc. as Financial Advisor for Debtors *Nunc Pro Tunc* to the Petition Date [D.I. 193; filed January 10, 2019]**

Status: **On January 10, 2019, the Court entered an order granting the Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

### III. UNCONTESTED MATTERS GOING FORWARD:

13. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 362 for Entry of Interim and Final Orders Establishing Notification Provisions and Approving Restrictions on (A) Certain Transfers of Interests in Debtors and (B) Claims of Certain Worthless Stock Deductions [D.I. 9; filed December 12, 2018]

    Response/Objection Deadline:    January 4, 2019 at 4:00 p.m. (EST)

    Responses/Objections Received:    None

    Related Documents:

    i. Interim Order Establishing Notification Procedures and Approving Restrictions on (A) Certain Transfers of Interests in the Debtors and (B) Claims of Certain Worthless Stock Deductions [D.I. 128; filed December 17, 2018]

    ii. Notice of (A) Entry of "Interim Order Establishing Notification Procedures and Approving Restrictions on (A) Certain Transfers of Interests in the Debtors and (B) Claims of Certain Worthless Stock Deductions" and (B) Scheduling of a Final Hearing Thereon [D.I. 129; filed December 17, 2018]

    iii. Affidavit of Publication [D.I. 146; filed December 21, 2018]

    iv. **Certification of No Objection Regarding "Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 362 for Entry of Interim and Final Orders Establishing Notification Provisions and Approving Restrictions on (A)**

    Certain Transfers of Interests in Debtors and (B) Claims of Certain Worthless Stock Deductions" [D.I. 9] [D.I. 196; filed January 10, 2019]

  v. Final Order Establishing Notification Procedures and Approving Restrictions on (A) Certain Transfers of Interests in the Debtors and (B) Claims of Certain Worthless Stock Deductions [D.I. 205; filed January 10, 2019]

 Status: **On January 10, 2019, the Court entered an order granting the Debtors the final relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

14. Application of Debtors Pursuant to 11 U.S.C. § 327(a), Fed. R. Bankr. P. 2014(a) and 2016, and Local Rules 2014-1 and 2016-1 for Authority to Retain and Employ Weil Gotshal & Manges LLP as Attorneys for the Debtors Effective as of the Petition Date [D.I. 142; filed December 21, 2018]

  Response/Objection Deadline: January 4, 2019 at 4:00 p.m. (EST); extended to January 9, 2019 at 10:00 a.m. (EST) for the U.S. Trustee only

  Responses/Objections Received:

  A. Informal comment from the U.S. Trustee

  Related Documents:

  i. Supplemental Declaration in Support of Application of Debtors Pursuant to 11 U.S.C. § 327(a), Fed. R. Bankr. P. 2014(a) and 2016, and Local Rules 2014-1 and 2016-1 for Authority to Retain and Employ Weil Gotshal & Manges LLP as Attorneys for the Debtors Effective as of the Petition Date [D.I. 175; filed January 9, 2019]

  ii. **Certification of Counsel Concerning Order Pursuant to 11 U.S.C. § 327(a), Fed. R. Bankr. P. 2014(a) and 2016, and Local Rules 2014-1 and 2016-1 Authorizing the Retention and Employment of Weil Gotshal & Manges LLP as Attorneys for the Debtors Effective as of the Petition Date [D.I. 183; filed January 9, 2019]**

  iii. **Order Pursuant to 11 U.S.C. § 327(a), Fed. R. Bankr. P. 2014(a) and 2016, and Local Rules 2014-1 and 2016-1 Authorizing the Retention and Employment of Weil Gotshal & Manges LLP as Attorneys for Debtors Effective as of the Petition Date [D.I. 200; filed January 10, 2019]**

 Status: **On January 10, 2019, the Court entered an order granting the Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

15. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 327, and 330 for Authority to Employ Professionals Used in Ordinary Course of Business [D.I. 145; filed December 21, 2018]

   Response/Objection Deadline:   January 4, 2019 at 4:00 p.m. (EST); extended to January 9, 2019 at 10:00 a.m. (EST) for the U.S. Trustee only

   Responses/Objections Received:

   A.   Informal comment from the U.S. Trustee

   Related Documents:

   i.   Declaration in Support of Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 327, and 330 for Authority to Employ Professionals Used in Ordinary Course of Business [D.I. 174; filed January 9, 2019]

   ii.   **Certification of Counsel Concerning Order Pursuant to 11 U.S.C. §§ 105(a), 327 and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Used in Ordinary Course of Business [D.I. 194; filed January 10, 2019]**

   iii.   **Order Pursuant to 11 U.S.C. §§ 105(a), 327 and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Used in Ordinary Course of Business [D.I. 203; filed January 10, 2019]**

   Status: **On January 10, 2019, the Court entered an order granting the Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

16. Application of the Debtors Requesting Entry of an Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [D.I. 148; filed December 21, 2018]

   Response/Objection Deadline:   January 4, 2019 at 4:00 p.m. (EST); extended to January 9, 2019 at 10:00 a.m. (EST) for the U.S. Trustee only

   Responses/Objections Received:

   A.   Informal comment from the U.S. Trustee

   Related Documents:

   i.   **Supplemental Declaration of Benjamin J. Steele in Support of Application of the Debtors Requesting Entry of an Order Authorizing**

13

      Employment and Retention of Prime Clerk LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [D.I. 181; filed January 9, 2019]

  ii.    Certification of No Objection Regarding "Application of the Debtors Requesting Entry of an Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date" [D.I. 148] [D.I. 182; filed January 9, 2019]

  iii.    Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [D.I. 199; filed January 10, 2019]

  Status: **On January 10, 2019, the Court entered an order granting the Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

17.  Application of Debtors Pursuant to 11 U.S.C. §§ 327 and 328 and Fed. R. Bankr. P. 2014 and 2016 Requesting Entry of an Order Authorizing Debtors to Retain Centerview Partners LLC as Investment Banker for Debtors *Nunc Pro Tunc* to Petition Date [D.I. 149; filed December 21, 2018]

  Response/Objection Deadline:    January 4, 2019 at 4:00 p.m. (EST); extended to January 9, 2019 at 10:00 a.m. (EST) for the U.S. Trustee only

  Responses/Objections Received:

  A.    Informal comment from the U.S. Trustee

  Related Documents:

  i.    Certification of Counsel Concerning Order Pursuant to 11 U.S.C. §§ 327 and 328 and Fed. R. Bankr. P. 2014 and 2016 Authorizing Debtors to Retain Centerview Partners LLC as Investment Banker for Debtor *Nunc Pro Tunc* to Petition Date [D.I. 195; filed January 10, 2019]

  ii.    Order Pursuant to 11 U.S.C. §§ 327 and 328 and Fed. R. Bankr. P. 2014 and 2016 Authorizing Debtors to Retain Centerview Partners LLC as Investment Banker for Debtor *Nunc Pro Tunc* to Petition Date [D.I. 204; filed January 10, 2019]

  Status: **On January 10, 2019, the Court entered an order granting the Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

Dated: January **10**, 2019
       Wilmington, Delaware

                                                /s/ *signature*

Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
Brett M. Haywood (No. 6166)
Travis J. Cuomo (No. 6501)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Gary T. Holtzer (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors and Debtors in Possession*