IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
                                                          :

In re                                                 :         Chapter 11

CHECKOUT HOLDING CORP., *et al.*,    :         Case No. 18-12794 (KG)

                 Debtors.[1]                 :         Jointly Administered

                                                   :         Re: D.I. 30, 106, 159
------------------------------------------------------------ X

**NOTICE OF FILING OF PROPOSED FORM OF "FINAL ORDER PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364, AND 507 AND BANKRUPTCY RULES 2002, 4001 AND 9014 FOR (I) AUTHORITY TO (A) OBTAIN POST-PETITION SENIOR SECURED FINANCING, (B) USE CASH COLLATERAL, (C) GRANT ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES, (D) GRANT LIENS AND SUPERPRIORITY CLAIMS, AND (E) MODIFY THE AUTOMATIC STAY AND (II) RELATED RELIEF"**

PLEASE TAKE NOTICE THAT, on December 12, 2018, Checkout Holding Corp. and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**") filed the **Motion of Debtors for (I) Authority to (A) Obtain Postpetition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, (E) Modify the Automatic Stay, and (II) Related Relief** [D.I. 30] (the "**Financing Motion**") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Bankruptcy Court**"). Pursuant to the Financing Motion, the Debtors requested entry of interim and final orders (i) authorizing the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Catalina Marketing Corporation (9007); Catalina Marketing Procurement, LLC (9333); Catalina Marketing Technology Solutions, Inc. (8728); Catalina Marketing Worldwide, LLC (9687); Cellfire Inc. (5599); Checkout Holding Corp. (4651); Modiv Media, Inc. (3507); PDM Group Holdings Corporation (9148); PDM Holdings Corporation (5025); PDM Intermediate Holdings A Corporation (6409); and PDM Intermediate Holdings B Corporation (3278). The Debtors' principal offices are located at 200 Carillon Parkway, St. Petersburg, FL 33716.

Debtors to (a) enter into that certain *Senior Secured Super-Priority Debtor-in-Possession Credit Agreement* to obtain postpetition financing, including with respect to an interim borrowing of up to $60 million, and (b) use Cash Collateral (as such term is defined in 11 U.S.C. § 363(a)); (ii) granting adequate protection to prepetition secured lenders as provided herein; (iii) granting liens and superpriority claims as provided herein; (iv) modifying the automatic stay; (v) scheduling a hearing to consider the relief requested herein on a final basis; and (vi) granting related relief.

PLEASE TAKE FURTHER NOTICE THAT, following an initial hearing to consider the Financing Motion, on December 13, 2018, the Bankruptcy Court entered the **Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 and Bankruptcy Rules 2002, 4001 and 9014 For (I) Authority to (A) Obtain Post-Petition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, and (E) Modify the Automatic Stay and (II) Related Relief** [D.I. 106] (the "**Interim DIP Financing Order**"). Pursuant to the Interim DIP Financing Order, the Bankruptcy Court granted the Debtors the relief requested in the Financing Motion on an interim basis.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the **Notice of (A) Entry of "Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 and Bankruptcy Rules 2002, 4001 and 9014 for (I) Authority to (A) Obtain Post-Petition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, and (E) Modify the Automatic Stay, and (II) Related Relief" and (B) Scheduling of a Final Hearing Thereon**, filed December 13, 2018 [D.I. 120], objections or responses to the Motion were to be filed and served no later than

4:00 p.m. (Eastern Standard Time) on January 4, 2019 (the "**Objection Deadline**").

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the **Re-Notice of Final Hearing on Connection with "Motion of Debtors for (I) Authority to (A) Obtain Postpetition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, (E) Modify the Automatic Stay, and (II) Related Relief" D.I. 30**], dated January 7, 2019 [D.I. 163], a hearing to consider the relief requested in the Motion is currently scheduled to take place before the Bankruptcy Court on January 17, 2019 starting at 11:00 a.m. (Eastern Standard Time) (the "**Final Hearing**").

PLEASE TAKE FURTHER NOTICE THAT, prior to the Objection Deadline, The Nielsen Company (US) LLC and NC Ventures, LLC d/b/a Nielsen Catalina Solutions (together, "**Nielsen**") filed the **Objection by the Nielsen Company (US) LLC and NC Ventures, LLC to Motion of Debtors for (I) Authority to (A) Obtain Postpetition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, (E) Modify the Automatic Stay, and (II) Related Relief**, dated January 4, 2019 [D.I. 159] (the "**Formal Response**") in response to the final relief requested in the Financing Motion.

PLEASE TAKE FURTHER NOTICE THAT, other than the Formal Response, as of the date hereof, the Debtors have received no other responses or objections concerning the final relief requested in connection with the Financing Motion, nor do any other objections thereto appear on the Bankruptcy Court's docket in the Debtors' chapter 11 cases.

PLEASE TAKE FURTHER NOTICE THAT, based on various communications by and between the Debtors and Nielsen, the Debtors have prepared a form of final order (the

3

"**Proposed Final DIP Financing Order**") in connection with the Financing Motion, which resolves the Formal Response of Nielsen following negotiations among Nielsen, the Debtors, the Required DIP Lenders[2], the Ad Hoc Group of Prepetition First Lien Lenders, and the Ad Hoc Group of Prepetition Second Lien Lenders.  A copy of the Proposed Final DIP Financing Order is attached hereto as **Exhibit A**.  For the convenience of the Bankruptcy Court, and other parties-in-interest, a redline comparing the Proposed Final DIP Financing Order against the Interim DIP Financing Order is attached hereto as **Exhibit B**.

PLEASE TAKE FURTHER NOTICE THAT, although the Proposed Final DIP Financing Order fully resolves the Formal Response and is acceptable to Nielsen, the Proposed Final DIP Financing Order remains subject to ongoing discussions by and between counsel to the DIP Lenders and Ad Hoc Group of Prepetition First Lien Lenders, counsel to the Ad Hoc Group of Prepetition Second Lien Lenders, and counsel to the DIP Agent with respect to certain issues that are wholly unrelated to the Formal Response, which the applicable parties anticipate may require the filing of further revised materials, and, in connection with the foregoing, all of the rights of the foregoing parties are reserved in all respects, including with respect to the Financing Motion and the Proposed Final DIP Financing Order.

PLEASE TAKE FURTHER NOTICE THAT, to the extent that the Debtors make further revisions to the Proposed Final DIP Financing Order prior to the Final Hearing, the Debtors will file such revised order along with a redline with the Bankruptcy Court.

[*Remainder of Page Intentionally Left Blank.*]

---

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings given to them in the Financing Motion or Proposed Final DIP Financing Order, as applicable.

Dated: January 14, 2019
       Wilmington, Delaware

                                      */s/ Jason M. Madron*
                                   Mark D. Collins (No. 2981)
                                   Jason M. Madron (No. 4431)
                                   **RICHARDS, LAYTON & FINGER, P.A.**
                                   One Rodney Square
                                   920 North King Street
                                   Wilmington, Delaware 19801
                                   Telephone: (302) 651-7700
                                   Facsimile: (302) 651-7701

                                   -and-

                                   Gary T. Holtzer (admitted *pro hac vice*)
                                   Ronit J. Berkovich (admitted *pro hac vice*)
                                   Jessica Liou (admitted *pro hac vice*)
                                   Kevin Bostel (admitted *pro hac vice*)
                                   **WEIL, GOTSHAL & MANGES LLP**
                                   767 Fifth Avenue
                                   New York, New York 10153
                                   Telephone: (212) 310-8000
                                   Facsimile: (212) 310-8007

                                   *Attorneys for the Debtors*
                                   *and Debtors in Possession*