IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                    :

**In re**                                           :         **Chapter 11**

**CHECKOUT HOLDING CORP,** *et al.*,     :         **Case No. 18-12794 (KG)**

                   Debtors.[1]                   :         **Jointly Administered**

------------------------------------------------------------ x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 17, 2019 AT 11:00 A.M. (EST)[2]**

**I.    MATTERS GOING FORWARD:**

1.    Motion of Debtors for (I) Authority to (A) Obtain Postpetition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, (E) Modify the Automatic Stay, and (II) Related Relief [D.I. 30; filed December 12, 2018]

    Response/Objection Deadline:     January 4, 2019 at 4:00 p.m. (EST)

    Responses/Objections Received:

    A.    Objection by the Nielsen Company (US) LLC and NC Ventures, LLC to Motion of Debtors for (I) Authority to (A) Obtain Postpetition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, (E) Modify the Automatic

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Catalina Marketing Corporation (9007); Catalina Marketing Procurement, LLC (9333); Catalina Marketing Technology Solutions, Inc. (8728); Catalina Marketing Worldwide, LLC (9687); Cellfire Inc. (5599); Checkout Holding Corp. (4651); Modiv Media, Inc. (3507); PDM Group Holdings Corporation (9148); PDM Holdings Corporation (5025); PDM Intermediate Holdings A Corporation (6409); and PDM Intermediate Holdings B Corporation (3278). The Debtors' principal offices are located at 200 Carillon Parkway, St. Petersburg, FL 33716.

[2] The January 17, 2019 hearing (the "**January 17th Hearing**") will be before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the January 17th Hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (Eastern Standard Time) on Wednesday, January 16, 2019**, to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.

Stay, and (II) Related Relief [D.I. 159; filed January 4, 2019] (the "**Nielsen Objection**")

Related Documents:

i. Notice of Filing of 13 Week Budget in Connection with "Motion of Debtors for (I) Authority to (A) Obtain Postpetition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, (E) Modify the Automatic Stay, and (II) Related Relief" [D.I. 30] [D.I. 76; filed December 12, 2018]

ii. Amended Notice of Filing of Approved Budget in Connection with "Motion of Debtors for (I) Authority to (A) Obtain Postpetition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, (E) Modify the Automatic Stay, and (II) Related Relief" [D.I. 30] [D.I. 92; filed December 13, 2018]

iii. Notice of Filing Confidential Debtor-in-Possession Financing Fee Letter Under Seal (SEALED) [D.I. 93; filed December 13, 2018]

iv. Notice of Filing Confidential Debtor-in-Possession Financing Fee Letter Under Seal (REDACTED) [D.I. 94; filed December 13, 2018]

v. Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 and Bankruptcy Rules 2002, 4001 and 9014 for (I) Authority to (A) Obtain Post-Petition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, and (E) Modify the Automatic Stay, and (II) Related Relief [D.I. 106; filed December 13, 2018]

vi. Notice of (A) Entry of "Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 and Bankruptcy Rules 2002, 4001 and 9014 for (I) Authority to (A) Obtain Post-Petition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, and (E) Modify the Automatic Stay, and (II) Related Relief" and (B) Scheduling of a Final Hearing Thereon [D.I. 120; filed December 13, 2018]

vii. Notice of Filing of Execution Version of Credit Agreement in Connection with "Motion of Debtors for (I) Authority to (A) Obtain Postpetition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, (E) Modify the Automatic Stay, and (II) Related Relief" [D.I. 30] [D.I. 132; filed December 17, 2018]

viii. Re-Notice of Final Hearing on Connection with "Motion of Debtors for (I) Authority to (A) Obtain Postpetition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, (E) Modify the Automatic Stay, and (II) Related Relief" D.I. 30] [D.I. 163; filed January 7, 2019]

ix. Notice of Filing of Proposed Form of "Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 and Bankruptcy Rules 2002, 4001 and 9014 for (I) Authority to (A) Obtain Post-Petition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, and (E) Modify the Automatic Stay, and (II) Related Relief" [D.I. 210; filed January 14, 2019] ("**Notice of Filing of Proposed Order**")

Status: The Debtors have fully resolved the Nielsen Objection and remain in discussions with certain other parties-in-interest concerning certain issues wholly unrelated to the Nielsen Objection as set forth in greater detail in the Notice of Filing of Proposed Order. The hearing on this matter will go forward.

2. Motion of Debtors for Entry of an Order Authorizing the Filing Under Seal of the Proposed Debtor-in-Possession Financing Fee Letter [D.I. 95; filed December 13, 2018]

 Response/Objection Deadline:    January 4, 2019 at 4:00 p.m. (EST); extended to January 9, 2019 at 10:00 a.m. (EST) for the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") only

 Responses/Objections Received:

 A. Informal comment from the Office of the United States Trustee

 Related Documents:

 i. Notice of Filing Confidential Debtor-in-Possession Financing Fee Letter Under Seal (SEALED) [D.I. 93; filed December 13, 2018]

 ii. Notice of Filing Confidential Debtor-in-Possession Financing Fee Letter Under Seal (REDACTED) [D.I. 94; filed December 13, 2018]

 Status: The Debtors have resolved the informal comments received from the U.S. Trustee in connection with this matter. The hearing on this matter will go forward on an uncontested basis.

3

Dated: January 15, 2019
       Wilmington, Delaware

                                     */s/ Jason M. Madron*
                                       Mark D. Collins (No. 2981)
                                       Jason M. Madron (No. 4431)
                                       Brett M. Haywood (No. 6166)
                                       Travis J. Cuomo (No. 6501)
                                       **RICHARDS, LAYTON & FINGER, P.A.**
                                       One Rodney Square
                                       920 North King Street
                                       Wilmington, Delaware 19801
                                       Telephone: (302) 651-7700
                                       Facsimile:  (302) 651-7701

                                       - and -

                                       Gary T. Holtzer (admitted *pro hac vice*)
                                       Ronit J. Berkovich (admitted *pro hac vice*)
                                       Jessica Liou (admitted *pro hac vice*)
                                       Kevin Bostel (admitted *pro hac vice*)
                                       **WEIL, GOTSHAL & MANGES LLP**
                                       767 Fifth Avenue
                                       New York, New York 10153
                                       Telephone:  (212) 310-8000
                                       Facsimile:  (212) 310-8007

                                       *Attorneys for the Debtors and Debtors in Possession*