IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
                                                             :
In re                                                        :    Chapter 11
                                                             :
CHECKOUT HOLDING CORP, et al.,                               :    Case No. 18-12794 (KG)
                                                             :
                    Debtors.[1]                              :    Jointly Administered
                                                             :
------------------------------------------------------------ x
```

### NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 17, 2019 AT 11:00 A.M. (EST)[3]

**I.    MATTERS GOING FORWARD:**

1.  Motion of Debtors for (I) Authority to (A) Obtain Postpetition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, (E) Modify the Automatic Stay, and (II) Related Relief [D.I. 30; filed December 12, 2018]

    Response/Objection Deadline:    January 4, 2019 at 4:00 p.m. (EST)

    Responses/Objections Received:

    A.  Objection by the Nielsen Company (US) LLC and NC Ventures, LLC to Motion of Debtors for (I) Authority to (A) Obtain Postpetition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Catalina Marketing Corporation (9007); Catalina Marketing Procurement, LLC (9333); Catalina Marketing Technology Solutions, Inc. (8728); Catalina Marketing Worldwide, LLC (9687); Cellfire Inc. (5599); Checkout Holding Corp. (4651); Modiv Media, Inc. (3507); PDM Group Holdings Corporation (9148); PDM Holdings Corporation (5025); PDM Intermediate Holdings A Corporation (6409); and PDM Intermediate Holdings B Corporation (3278). The Debtors' principal offices are located at 200 Carillon Parkway, St. Petersburg, FL 33716.

[2] **Amended agenda items appear in bold.**

[3] The January 17, 2019 hearing (the "January 17th Hearing") will be before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801. Any person who wish**ed** to appear telephonically at the January 17th Hearing must **have** contact**ed** COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (Eastern Standard Time) on Wednesday, January 16, 2019, to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*

Parties, (D) Grant Liens and Superpriority Claims, (E) Modify the Automatic Stay, and (II) Related Relief [D.I. 159; filed January 4, 2019] (the "**Nielsen Objection**")

Related Documents:

i. Notice of Filing of 13 Week Budget in Connection with "Motion of Debtors for (I) Authority to (A) Obtain Postpetition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, (E) Modify the Automatic Stay, and (II) Related Relief" [D.I. 30] [D.I. 76; filed December 12, 2018]

ii. Amended Notice of Filing of Approved Budget in Connection with "Motion of Debtors for (I) Authority to (A) Obtain Postpetition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, (E) Modify the Automatic Stay, and (II) Related Relief" [D.I. 30] [D.I. 92; filed December 13, 2018]

iii. Notice of Filing Confidential Debtor-in-Possession Financing Fee Letter Under Seal (SEALED) [D.I. 93; filed December 13, 2018]

iv. Notice of Filing Confidential Debtor-in-Possession Financing Fee Letter Under Seal (REDACTED) [D.I. 94; filed December 13, 2018]

v. Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 and Bankruptcy Rules 2002, 4001 and 9014 for (I) Authority to (A) Obtain Post-Petition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, and (E) Modify the Automatic Stay, and (II) Related Relief [D.I. 106; filed December 13, 2018]

vi. Notice of (A) Entry of "Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 and Bankruptcy Rules 2002, 4001 and 9014 for (I) Authority to (A) Obtain Post-Petition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, and (E) Modify the Automatic Stay, and (II) Related Relief" and (B) Scheduling of a Final Hearing Thereon [D.I. 120; filed December 13, 2018]

vii. Notice of Filing of Execution Version of Credit Agreement in Connection with "Motion of Debtors for (I) Authority to (A) Obtain Postpetition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, (E) Modify the Automatic Stay, and (II) Related Relief" [D.I. 30] [D.I. 132; filed December 17, 2018]

RLF1 20660833v.1

    viii.    Re-Notice of Final Hearing on Connection with "Motion of Debtors for (I) Authority to (A) Obtain Postpetition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, (E) Modify the Automatic Stay, and (II) Related Relief" D.I. 30] [D.I. 163; filed January 7, 2019]

    ix.    Notice of Filing of Proposed Form of "Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 and Bankruptcy Rules 2002, 4001 and 9014 for (I) Authority to (A) Obtain Post-Petition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, and (E) Modify the Automatic Stay, and (II) Related Relief" [D.I. 210; filed January 14, 2019]

    x.    **Notice of Filing of Proposed Form of "Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 and Bankruptcy Rules 2002, 4001 and 9014 for (I) Authority to (A) Obtain Post-Petition Senior Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties, (D) Grant Liens and Superpriority Claims, and (E) Modify the Automatic Stay and (II) Related Relief" [D.I. 218; filed January 17, 2019]**

    Status:    **On January 17, 2019, the Debtors filed a revised form of proposed final order authorizing the Debtors to obtain post-petition senior secured financing (the "Revised Proposed Final DIP Financing Order"). The Revised Proposed Final DIP Financing Order resolves the Nielsen Objection and is acceptable to the DIP Lenders and Ad Hoc Group of Prepetition First Lien Lenders and the Ad Hoc Group of Prepetition Second Lien Lenders. The hearing on this matter will go forward on an uncontested basis.**

2.    Motion of Debtors for Entry of an Order Authorizing the Filing Under Seal of the Proposed Debtor-in-Possession Financing Fee Letter [D.I. 95; filed December 13, 2018]

    Response/Objection Deadline:    January 4, 2019 at 4:00 p.m. (EST); extended to January 9, 2019 at 10:00 a.m. (EST) for the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") only

    Responses/Objections Received:

    A.    Informal comment from the Office of the United States Trustee

Related Documents:

i. Notice of Filing Confidential Debtor-in-Possession Financing Fee Letter Under Seal (SEALED) [D.I. 93; filed December 13, 2018]

ii. Notice of Filing Confidential Debtor-in-Possession Financing Fee Letter Under Seal (REDACTED) [D.I. 94; filed December 13, 2018]

Status: The Debtors have resolved the informal comments received from the U.S. Trustee in connection with this matter. The hearing on this matter will go forward on an uncontested basis.

Dated: January **17**, 2019
Wilmington, Delaware

    */s/ Brett M. Haywood*
Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
Brett M. Haywood (No. 6166)
Travis J. Cuomo (No. 6501)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Gary T. Holtzer (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors and Debtors in Possession*