IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ------------------------------------------------------ X | : |  |
| In re | : | Chapter 11 |
|  | : |  |
| CHECKOUT HOLDING CORP., *et al.*, | : | Case No. 18-12794 (KG) |
|  | : |  |
| Debtors.[1] | : | Jointly Administered |
|  | : |  |
|  | : | Re: D.I. 11, 12, 217 |
| ------------------------------------------------------ X |  |  |

### NOTICE OF FILING OF SECOND PLAN SUPPLEMENT IN CONNECTION WITH JOINT PREPACKAGED CHAPTER 11 PLAN OF CHECKOUT HOLDING CORP. AND ITS AFFILIATED DEBTORS

**PLEASE TAKE NOTICE** that, on December 12, 2018 (the "**Petition Date**"), Checkout Holding Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), commenced cases under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). On the Petition Date, the Debtors filed the *Joint Prepackaged Chapter 11 Plan of Checkout Holding Corp. and Its Affiliated Debtors* [D.I. 11] (as may be amended, modified, or supplemented from time to time, the "**Plan**")[2] and the *Disclosure Statement for Joint Prepackaged Chapter 11 Plan of Checkout Holding Corp. and Its Affiliated Debtors* [D.I. 12] (the "**Disclosure Statement**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Catalina Marketing Corporation (9007); Catalina Marketing Procurement, LLC (9333); Catalina Marketing Technology Solutions, Inc. (8728); Catalina Marketing Worldwide, LLC (9687); Cellfire Inc. (5599); Checkout Holding Corp. (4651); Modiv Media, Inc. (3507); PDM Group Holdings Corporation (9148); PDM Holdings Corporation (5025); PDM Intermediate Holdings A Corporation (6409); and PDM Intermediate Holdings B Corporation (3278). The Debtors' principal offices are located at 200 Carillon Parkway, St. Petersburg, FL 33716.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to such terms in the Plan.

**PLEASE TAKE FURTHER NOTICE** that, on January 16, 2019, the Debtors filed the *Notice of Filing Plan Supplement in Connection with Joint Prepackaged Chapter 11 Plan of Checkout Holding Corp. and Its Affiliated Debtors* [D.I. 217] (the "**Plan Supplement**") in support of the Plan.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Plan, the Debtors hereby file this Second Plan Supplement consisting of the Governance Term Sheet, attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the documents, schedules, and other information contained in this Second Plan Supplement are integral to and part of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the documents contained in this Second Plan Supplement are not final and remain subject to (a) further review, negotiation, and modification, and (b) final documentation in a manner consistent with the Plan and the Restructuring Support Agreement. The Debtors, in accordance with the Plan and the Restructuring Support Agreement, reserve the right to amend, modify, or supplement this Second Plan Supplement through the Effective Date, and any of the schedules, exhibits, and designations contained herein.

**PLEASE TAKE FURTHER NOTICE** that a combined hearing to consider (a) the adequacy of the (i) Disclosure Statement and (ii) solicitation procedures utilized in connection with the solicitation of votes to accept or reject the Plan and (b) confirmation of the Plan will be held on **Thursday, January 31, 2019 starting at 9:00 a.m. (Eastern Standard Time)** before The Honorable Kevin Gross, United States Bankruptcy Judge, in Courtroom 3 of the Bankruptcy Court, 824 North Market Street, 6th Floor, Wilmington, Delaware 19801 or as soon thereafter as counsel may be heard (the "**Combined Hearing**"). The Combined Hearing

may be continued from time to time without further notice other than by filing a notice on the Bankruptcy Court's docket indicating such adjournment and/or an announcement of the adjourned date or dates at the Combined Hearing.

[*Remainder of page intentionally left blank.*]

RLF1 20711810v.1

**PLEASE TAKE FURTHER NOTICE** that this Second Plan Supplement can be viewed and obtained free of charge by (a) visiting the website maintained by the Debtors' claims agent, Prime Clerk, LLC ("**Prime Clerk**"), at https://cases.primeclerk.com/CatalinaMarketing, (b) calling Prime Clerk at (844) 205-4337 (toll free), or (c) sending an electronic mail message to CatalinaInfo@primeclerk.com. This Second Plan Supplement can also be viewed for a fee on the Bankruptcy Court's website at www.deb.uscourts.gov. To access documents on the Bankruptcy Court's website, you will need a PACER password and login, which can be obtained at www.pacer.gov (fees apply).

Dated: January 24, 2019
Wilmington, Delaware

                                              */s/ Jason M. Madron*
Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Gary T. Holtzer (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors
and Debtors in Possession*