IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
                                      :

In re                                      :          Chapter 11

CHECKOUT HOLDING CORP., *et al.*,    :          Case No. 18-12794 (KG)

                Debtors.[1]                :          Jointly Administered

                                      :          Re: D.I. 107, 180, 250
------------------------------------------------------------ X

## NOTICE OF FURTHER RESCHEDULED HEARING TIME

PLEASE TAKE NOTICE that the **start time** of the hearing scheduled to be held in the above-captioned chapter 11 cases on January 31, 2019 at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware, 19801 (the "Bankruptcy Court") to consider, among other matters, (i) approval of the *Disclosure Statement for Joint Prepackaged Chapter 11 Plan of Checkout Holding Corp. and its Affiliated Debtors*, filed by Checkout Holding Corp. and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), on December 12, 2018 [D.I. 12] and (ii) confirmation of the *Joint Prepackaged Chapter 11 Plan of Checkout Holding Corp. and its Affiliated Debtors*, filed by the Debtors on December 12, 2018 [D.I. 11] has been further rescheduled in consultation with the Bankruptcy Court to **11:00 a.m. (Eastern Standard Time)**. Accordingly, all matters previously scheduled to be heard on January 31, 2019 starting at 10:00 a.m. (Eastern Standard Time) will now be heard before The Honorable Kevin Gross at the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Catalina Marketing Corporation (9007); Catalina Marketing Procurement, LLC (9333); Catalina Marketing Technology Solutions, Inc. (8728); Catalina Marketing Worldwide, LLC (9687); Cellfire Inc. (5599); Checkout Holding Corp. (4651); Modiv Media, Inc. (3507); PDM Group Holdings Corporation (9148); PDM Holdings Corporation (5025); PDM Intermediate Holdings A Corporation (6409); and PDM Intermediate Holdings B Corporation (3278). The Debtors' principal offices are located at 200 Carillon Parkway, St. Petersburg, FL 33716.

United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801 on **January 31, 2019 starting at 11:00 a.m. (Eastern Standard Time).**

Dated: January 30, 2019
      Wilmington, Delaware

          */s/ Jason M. Madron*
Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Gary T. Holtzer (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors
and Debtors in Possession*