IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------- X
                                                                :
In re                                                           :   Chapter 11
                                                                :
CHECKOUT HOLDING CORP., *et al.*,                               :   Case No. 18-12794 (KG)
                                                                :
           Debtors.[1]                                          :   Jointly Administered
                                                                :
--------------------------------------------------------------- X

## NOTICE OF (I) ENTRY OF ORDER (i) APPROVING THE DEBTORS' (A) DISCLOSURE STATEMENT PURSUANT TO SECTIONS 1125 AND 1126(b) OF THE BANKRUPTCY CODE, (B) SOLICITATION OF VOTES AND VOTING PROCEDURES, AND (C) FORMS OF BALLOTS, AND (ii) CONFIRMING THE JOINT PREPACKAGED CHAPTER 11 PLAN OF CHECKOUT HOLDING CORP. AND ITS AFFILIATED DEBTORS AND (II) OCCURRENCE OF EFFECTIVE DATE

**TO CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that an order (the "**Order**") of the Honorable Kevin Gross, approving the disclosure statement, solicitation of votes and voting procedures, and forms of ballots, and confirming the *Joint Prepackaged Chapter 11 Plan of Checkout Holding Corp. and Its Affiliated Debtors*, dated as of December 12, 2018, (as amended and supplemented, the "**Plan**") of the above-captioned debtors, as debtors and debtors in possession (collectively, the "**Debtors**"), was entered by the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") on January 31, 2019.  Unless otherwise defined in this notice, capitalized terms used herein shall have the meanings ascribed to them in the Plan and the Order.

PLEASE TAKE FURTHER NOTICE that the Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.  The Order is also available on the internet site of the Debtors' noticing agent, Prime Clerk at https://cases.primeclerk.com/catalina/ or by accessing the Bankruptcy Court's website www.deb.uscourts.gov.  Please note that a PACER password and login are required to access documents on the Bankruptcy Court's website (fees apply).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Catalina Marketing Corporation (9007); Catalina Marketing Procurement, LLC (9333); Catalina Marketing Technology Solutions, Inc. (8728); Catalina Marketing Worldwide, LLC (9687); Cellfire Inc. (5599); Checkout Holding Corp. (4651); Modiv Media, Inc. (3507); PDM Group Holdings Corporation (9148); PDM Holdings Corporation (5025); PDM Intermediate Holdings A Corporation (6409); and PDM Intermediate Holdings B Corporation (3278).  The Debtors' principal offices are located at 200 Carillon Parkway, St. Petersburg, FL 33716.

PLEASE TAKE FURTHER NOTICE that pursuant to the Confirmation Order, the discharge, release, injunction, and exculpation provisions in Article 10 of the Plan are now in full force and effect.

PLEASE TAKE FURTHER NOTICE that the Effective Date of the Plan occurred on February 15, 2019.

PLEASE TAKE FURTHER NOTICE that the Plan and the provisions thereof are binding on the Debtors, the Reorganized Debtors, any holder of a Claim against, or Interest in, the Debtors and such holder's respective successors and assigns, whether or not the Claim or Interest of such holder is impaired under the Plan and whether or not such holder or entity voted to accept the Plan.

Dated: February 15, 2019
Wilmington, Delaware

*/s/ Jason M. Madron*
Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Gary T. Holtzer (admitted *pro hac vice*)
Ronit J. Berkovich (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
Kevin Bostel (admitted *pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for the Debtors
and Debtors in Possession*