IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ X
                                                             :
In re                                                        :    Chapter 11
                                                             :
CHECKOUT HOLDING CORP., et al.,                              :    Case No. 18-12794 (KG)
                                                             :
        Reorganized Debtors.¹                                :    Jointly Administered
                                                             :
                                                             :    Re: D.I. 390
------------------------------------------------------------ X
```

**CERTIFICATION OF NO OBJECTION REGARDING "MOTION OF REORGANIZED DEBTORS PURSUANT TO 11 U.S.C. § 350(a), FED. R. BANKR. P. 3022, AND DEL. BANKR. L.R. 3022-1 FOR ORDER (I) GRANTING FINAL DECREE AND (II) TERMINATING CLAIMS AND NOTICING SERVICES" [D.I. 390]**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or any other responsive pleading to the **Motion of Reorganized Debtors Pursuant to 11 U.S.C. § 350(a), Fed. R. Bankr. P. 3022, and Del. Bankr. L.R. 3022-1 for Order (I) Granting Final Decree and (II) Terminating Claims and Noticing Services** [D.I. 390] (the "**Motion**") filed by Checkout Holding Corp. and its affiliated debtors in the above-captioned chapter 11 cases (collectively, the "**Reorganized Debtors**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on June 19, 2019.[2]

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Catalina Marketing Corporation (9007); Catalina Marketing Procurement, LLC (9333); Catalina Marketing Technology Solutions, Inc. (8728); Catalina Marketing Worldwide, LLC (9687); Cellfire Inc. (5599); Checkout Holding Corp. (4651); Modiv Media, Inc. (3507); PDM Group Holdings Corporation (9148); PDM Holdings Corporation (5025); PDM Intermediate Holdings A Corporation (6409); and PDM Intermediate Holdings B Corporation (3278). The Reorganized Debtors' principal offices are located at 200 Carillon Parkway, St. Petersburg, FL 33716.

[2] In accordance with Del. Bankr. L.R. 3022-1(c), on June 19, 2019, the Reorganized Debtors also filed the **Final Report in Chapter 11 Cases** [D.I. 390; Ex. B] in connection with the Motion.

- 2 -

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the **Notice of "Motion of Reorganized Debtors Pursuant to 11 U.S.C. § 350(a), Fed. R. Bankr. P. 3022, and Del. Bankr. L.R. 3022-1 for Order (I) Granting Final Decree and (II) Terminating Claims and Noticing Services" and Hearing Thereon** filed contemporaneously with the Motion, responses to the Motion were to be filed no later than 4:00 p.m. (Eastern Daylight Time) on June 26, 2019.

The Reorganized Debtors therefore respectfully request that the proposed form of order attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

[*Remainder of page intentionally left blank.*]

Dated: July 8, 2019
      Wilmington, Delaware

                              */s/ Jason M. Madron*
                        Mark D. Collins (No. 2981)
                        Jason M. Madron (No. 4431)
                        **RICHARDS, LAYTON & FINGER, P.A.**
                        One Rodney Square
                        920 North King Street
                        Wilmington, Delaware 19801
                        Telephone: (302) 651-7700
                        Facsimile: (302) 651-7701

                        -and-

                        Gary T. Holtzer (admitted *pro hac vice*)
                        Ronit J. Berkovich (admitted *pro hac vice*)
                        Jessica Liou (admitted *pro hac vice*)
                        Kevin Bostel (admitted *pro hac vice*)
                        **WEIL, GOTSHAL & MANGES LLP**
                        767 Fifth Avenue
                        New York, New York 10153
                        Telephone: (212) 310-8000
                        Facsimile: (212) 310-8007

                        *Attorneys for the Reorganized Debtors*

**Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ X
:
**In re** :
: **Chapter 11**
**CATALINA MARKETING CORPORATION** :
: **Case No. 18-12795 (KG)**
**Debtor.** :
:
**Fed. Tax Id. No. 33-0499007** :
------------------------------------------------------------ X
:
**In re** :
: **Chapter 11**
**CATALINA MARKETING** :
**PROCUREMENT, LLC** : **Case No. 18-12796 (KG)**
:
**Debtor.** :
:
**Fed. Tax Id. No. 56-2589333** :
------------------------------------------------------------ X
:
**In re** :
: **Chapter 11**
**CATALINA MARKETING** :
**TECHNOLOGY SOLUTIONS, INC.** : **Case No. 18-12797 (KG)**
:
**Debtor.** :
:
**Fed. Tax Id. No. 27-4018728** :
------------------------------------------------------------ X
:
**In re** :
: **Chapter 11**
**CATALINA MARKETING** :
**WORLDWIDE, LLC** : **Case No. 18-12798 (KG)**
:
**Debtor.** :
:
**Fed. Tax Id. No. 33-0549687** :
------------------------------------------------------------ X

RLF1 21519124v.1

| | |
|---|---|
| ---------------------------------------------------------- X : | |
| **In re** : | |
| : | **Chapter 11** |
| **CELLFIRE INC.** : | |
| : | **Case No. 18-12799 (KG)** |
| Debtor. : | |
| : | |
| **Fed. Tax Id. No. 73-1725599** : | |
| ---------------------------------------------------------- X | |
| **In re** : | |
| : | **Chapter 11** |
| **CHECKOUT HOLDING CORP.** : | |
| : | **Case No. 18-12794 (KG)** |
| Debtor. : | |
| : | |
| **Fed. Tax Id. No. 20-8884651** : | |
| ---------------------------------------------------------- X | |
| **In re** : | |
| : | **Chapter 11** |
| **MODIV MEDIA, INC.** : | |
| : | **Case No. 18-12800 (KG)** |
| Debtor. : | |
| : | |
| **Fed. Tax Id. No. 04-3573507** : | |
| ---------------------------------------------------------- X | |
| **In re** : | |
| : | **Chapter 11** |
| **PDM GROUP HOLDINGS CORPORATION** : | |
| : | **Case No. 18-12801 (KG)** |
| Debtor. : | |
| : | |
| **Fed. Tax Id. No. 46-5019148** : | |
| ---------------------------------------------------------- X | |
| **In re** : | |
| : | **Chapter 11** |
| **PDM HOLDINGS CORPORATION** : | |
| : | **Case No. 18-12802 (KG)** |
| Debtor. : | |
| **Fed. Tax Id. No. 46-5015025** : | |
| ---------------------------------------------------------- X | |

2

```
------------------------------------------------------------ X
                                                             :
In re                                                        :
                                                             :   Chapter 11
PDM INTERMEDIATE                                             :
HOLDINGS A CORPORATION                                       :   Case No. 18-12803 (KG)
                                                             :
        Debtor.                                              :
                                                             :
Fed. Tax Id. No. 46-5046409                                  :
------------------------------------------------------------ X
                                                             :
In re                                                        :
                                                             :   Chapter 11
PDM INTERMEDIATE                                             :
HOLDINGS B CORPORATION                                       :   Case No. 18- 12804 (KG)
                                                             :
        Debtor.                                              :
                                                             :
Fed. Tax Id. No. 46-5063278                                  :
------------------------------------------------------------ X
```

### ORDER (I) GRANTING FINAL DECREE CLOSING THE CHAPTER 11 CASES OF CHECKOUT HOLDING CORP. AND ITS AFFILIATED REORGANIZED DEBTORS AND (II) TERMINATING CLAIMS AND NOTICING SERVICES

Upon consideration of the motion (the "**Motion**")[1] of the Reorganized Debtors, pursuant to sections 105(a) and 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rules 2002-1(f) and 3022-1; and it appearing that the estate of each of the Debtors has been fully administered; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Reorganized

---

[1] Capitalized terms used, but not otherwise defined herein, shall be given the same meanings ascribed to them in the Motion.

3

Debtors, their creditors, and other parties in interest; and after due deliberation thereon; and good and adequate cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The cases of:

| | |
|---|---|
| CHECKOUT HOLDING CORP. | Case No. 18-12794 (KG) |
| CATALINA MARKETING CORPORATION | Case No. 18-12795 (KG) |
| CATALINA MARKETING PROCUREMENT, LLC | Case No. 18-12796 (KG) |
| CATALINA MARKETING TECHNOLOGY SOLUTIONS, INC. | Case No. 18-12797 (KG) |
| CATALINA MARKETING WORLDWIDE, LLC | Case No. 18-12798 (KG) |
| CELLFIRE INC. | Case No. 18-12799 (KG) |
| MODIV MEDIA, INC. | Case No. 18-12800 (KG) |
| PDM GROUP HOLDINGS CORPORATION | Case No. 18-12801 (KG) |
| PDM INTERMEDIATE HOLDINGS A CORPORATION | Case No. 18-12802 (KG) |
| PDM INTERMEDIATE HOLDINGS B CORPORATION | Case No. 18-12804 (KG) |

are hereby **CLOSED**.

3. Within thirty (30) days of the entry of this Order, the Reorganized Debtors shall (i) submit a post-confirmation quarterly report for the stub-period in calendar year 2019 during which these chapter 11 cases remained open and (ii) pay all Section 1930 Fees that are due and owing for such time period. The U.S. Trustee reserves the right to move to reopen the

Chapter 11 Cases in the event that such report is not submitted and such fees are not paid on a timely basis.

4. The Services provided in these chapter 11 cases by Prime Clerk are terminated in accordance with the Motion and this Order. Thereafter, Prime Clerk shall have no further obligations to this Court, the Debtors, the Reorganized Debtors, or any other party in interest with respect to any Services in the chapter 11 cases.

5. Pursuant to Local Rule 2002-1(f)(ix), within thirty days of entry of this Order, Prime Clerk shall (a) forward to the Clerk of the Court an electronic version of all imaged claims; (b) upload the creditor mailing list into CM/ECF; and (c) docket in the case of Reorganized Debtor CHECKOUT HOLDING CORP, (Case No. 18-12794 (KG)), a Final Claims Register containing the claims of all of these chapter 11 cases. Prime Clerk also shall box and deliver all original claims to the Philadelphia Federal Records Center, 14700 Townsend Road, Philadelphia, Pennsylvania 19154 and docket a completed SF-135 Form indicating the accession and location numbers of the archived claims.

6. Should Prime Clerk receive any mail regarding the Reorganized Debtors or the Debtors after entry of this Order, Prime Clerk shall collect and forward such mail no less frequently than once a month to the Reorganized Debtors.

7. The Reorganized Debtors and their agents are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

8. Notwithstanding anything to the contrary, the terms and conditions of this Order will be immediately effective and enforceable upon its entry.

9. The Court will retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.